**BAKER & HOSTETLER LLP**
BETHANY G. LUKITSCH (SBN 314376)
*blukitsch@bakerlaw.com*
CIARA N. WESTBROOKS (SBN 348637)
*cwestbrooks@bakerlaw.com*
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendant*
BLACKHAWK NETWORK, INC.
d/b/a WWW.GIFTCARDS.COM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>BLACKHAWK NETWORK, INC., an Arizona entity, d/b/a WWW.GIFTCARDS.COM,<br><br>Defendant. | Case No: 2:25-cv-7550<br><br>*[Los Angeles County Superior Court Case No. 25STCV18954]*<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>*[Filed concurrently with Civil Case Cover Sheet; and Notice of Interested Parties]* |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, defendant Blackhawk Network, Inc. d/b/a www.giftcards.com ("Blackhawk"), by and through its undersigned counsel, hereby removes the above-captioned action filed by Silvia Garcia ("Plaintiff") in the Superior Court of the State of California in and for the County of Los Angeles, to the United States District Court for the Central District of California.

**JURISDICTION AND VENUE**

1. This is a civil action over which this Court has original subject matter jurisdiction under 28 U.S.C. § 1331, because it is a civil action that asserts a cause of action under the Federal Wiretap Act, 18 U.S.C. § 2511 (First Cause of Action). This claim arises under the laws of the United States, and thus this Court has original jurisdiction under 28 U.S.C. § 1331.

2. The Court also has supplemental jurisdiction over Plaintiff's alleged state-law claims under 28 U.S.C. § 1367(a), including the alleged violations of the California Invasion of Privacy Act, Cal. Penal Code § 638.51 (Second Cause of Action), and common law intrusion upon seclusion (Third Cause of Action), because these claims arise from the same nucleus of operative facts as Plaintiff's Federal Wiretap Act claim and form part of the same case or controversy. *See Tesoro Ref. & Mktg. Co. LLC v. City of Long Beach*, 334 F. Supp. 3d 1031, 1044 (C.D. Cal. 2017); *Kwon v. Ramirez*, 576 F. Supp. 3d 696, 698 (C.D. Cal. 2021). The Court therefore has supplemental jurisdiction under 28 U.S.C. § 1367(a).

3. This Court is in the judicial district and division embracing the place where the state court case was brought and is pending. Specifically, the United States District Court for the Central District of California embraces Los Angeles County, California, which is the location of the state court in which Plaintiff brought this case and where it is pending. Thus, this Court is the proper district court to which this case has been removed. 28 U.S.C. §§ 1441(b) and 1446(a).

## THE ACTION AND TIMELINESS OF REMOVAL

4. On June 30, 2025, Plaintiff filed her Complaint for Violations of the Federal Wiretap Act, The California Invasion of Privacy Act, and Related Common Law Claims ("Complaint") in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Silvia Garcia v. Blackhawk Network, Inc.*, Case No. 25STCV18954 (the "State Court Action").

5. On July 15, 2025, Plaintiff served Blackhawk with copies of the summons, Complaint and related state court documents. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Complaint and all additional process, pleadings, and orders served upon Blackhawk are attached to this Notice of Removal as **Exhibits "A-H"**.

6. Pursuant to 28 U.S.C. § 1446(b), this removal is timely because it was filed within 30 days of receipt of a copy of the summons and Complaint in the State Court Action.

## CORPORATE DISCLOSURE

7. Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Blackhawk is filing a Certification and Notice of Interested Parties concurrently with this Notice of Removal.

## NOTICE TO PLAINTIFF AND STATE COURT

8. As required by 28 U.S.C. § 1446(d), Blackhawk is providing written notice of the filing of this Notice of Removal to Plaintiff and is filing a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, in and for the County of Los Angeles.

## RESERVATION OF RIGHTS AND DENIAL OF LIABILITY

9. Nothing in this Notice is intended or should be construed as an admission by Blackhawk of any fact alleged by Plaintiff, of the validity or merit of any of Plaintiff's claims and allegations, or as a limitation of any of Blackhawk's rights, claims, remedies, or defenses in connection with this action.

Dated: August 13, 2025

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Bethany G. Lukitsch*
 BETHANY G. LUKITSCH
 CIARA N. WESTBROOKS

*Attorneys for Defendant*
BLACKHAWK NETWORK, INC.
d/b/a WWW.GIFTCARDS.COM

# **CERTIFICATE OF SERVICE**

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1900 Avenue of the Stars, Suite 2700 Los Angeles, CA 90067-4301

On August 13, 2025, I served a copy of the within document(s):

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| **PACIFIC TRIAL ATTORNEYS** | *Attorneys for Plaintiff* |
| **A Professional Corporation** | SILVIA GARCIA |
| SCOTT J. FERRELL | |
| *sferrell@pacifictrialattorneys.com* | |
| DAVID W. REID | |
| *dreid@pacifictrialattorneys.com* | |
| VICTORIA C. KNOWLES | |
| *vknowles@pacifictrialattorneys.com* | |
| 4100 Newport Place Drive, Suite 800 | |
| Newport Beach, CA 92660 | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 13, 2025 at Los Angeles, California.

                                            */s/ Jennifer Gudino*
                                              Jennifer Gudino