Bethany G. Lukitsch (SBN 314376)
blukitsch@bakerlaw.com
Ciara N. Westbrooks (SBN 348637)
cwestbrooks@bakerlaw.com
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars
Los Angeles, CA 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendant*
BLACKHAWK NETWORK, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>BLACKHAWK NETWORK, INC., an Arizona entity, d/b/a WWW.GIFTCARDS.COM,<br><br>Defendant. | Case No. 2:25-cv-07550-JLS-SSC<br><br>**DECLARATION OF CIARA N. WESTBROOKS IN SUPPORT OF DEFENDANT BLACKHAWK NETWORK, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR VIOLATION OF THE FEDERAL WIRETAP ACT; CALIFORNIA INVASION OF PRIVACY ACT; AND RELATED COMMON LAW CLAIMS**<br><br>*[Filed concurrently with Notice of Motion; Motion to Dismiss; and [Proposed] Order]*<br><br>Date: October 24, 2025<br>Time: 10:30 a.m.<br>Ctrm: 8A<br>Judge: Josephine L. Staton<br><br>Action Filed: June 30, 2025<br>Action Removed: August 13, 2025 |

# DECLARATION OF CIARA N. WESTBROOKS

I, Ciara N. Westbrooks, declare as follows:

1. I am an attorney duly licensed and authorized to practice before this Court. I am an associate in the law firm of Baker & Hostetler LLP, attorneys for the Blackhawk Network, Inc. ("Blackhawk"). I have personal knowledge of the facts stated below and if called to do so, I could and would competently testify as follows.

2. This Declaration is submitted in support of Blackhawk's Motion to Dismiss Plaintiff Silvia Garcia's ("Plaintiff") Complaint for Violations of the Federal Wire Tap Act; the California Invasion of Privacy Act; and Related Common Law Claims ("Complaint") ("Motion").

3. Pursuant to L.R. 7-3, on September 16, 2025, I had a meet-and-confer phone call with Plaintiff's counsel, Victoria C. Knowles, during which I outlined the grounds Blackhawk would raise in its Motion. Ms. Knowles disagreed with these grounds, thereby necessitating the filing of this Motion.

4. As of the filing of the Motion, the parties have not reached an agreement regarding the objections raised therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of September 2025, at Los Angeles, California.

*/s/ Ciara N. Westbrooks*
Ciara N. Westbrooks