UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-07550-JLS-(SSCx) | Date | January 9, 2026 |
| Title | Silvia Garcia v. Blackhawk Network, Inc. | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Kelly Davis | Myra Ponce |
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| David Reid | Bethany Lukitsch |

**PROCEEDINGS: Motion to Dismiss Plaintiff's First Amended Complaint filed by Defendant Blackhawk Network, Inc. Blackhawk Network, Inc. [13]**

---

The case is called and counsel state their appearance. Court and counsel confer. The motion hearing is held. The Court takes the motion under submission and a written order will issue.

: 45
Initials of Clerk: kd